1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10
11
12
13  THE PEOPLE OF THE STATE OF           ) Case No. 2:09-CV-03124 JAM-EFB
    CALIFORNIA ON THE RELATION OF        ) (PS)
14  HARJIT BHAMBRA,                      )
                                         )
15                  Relator,             ) **RELATED CASE ORDER**
                                         )
16      v.                               )
                                         )
17  COUNTY OF NEVADA, Municipal          )
    Corporation and Public Employer;    )
18  CLIFFORD NEWELL, in his official    )
    capacity as District Attorney of    )
19  County of Nevada, et al.,            )
                                         )
20                  Respondents.         )
                                         )
21  THE PEOPLE OF THE STATE OF           )
    CALIFORNIA ON THE RELATION OF:       ) Case No. 2:10-CV-01248 FCD-KJM
22  BRANDON JOHN SANDERS DOB 02-6-       ) (PS)
    1976,                                )
23                                       )
                    Relator,             )
24                                       )
        v.                               )
25                                       )
    COUNTY OF NEVADA, Municipal          )
26  Corporation and Public Employer;    )
    CLIFFORD NEWELL, in his official    )
27  capacity as District Attorney of    )
    County of Nevada, et al.,            )
28                                       )
                    Respondents.         )

1

PDF created with pdfFactory trial version www.pdffactory.com

```
THE PEOPLE OF THE STATE OF        )
CALIFORNIA ON THE RELATION OF:    )  Case No. 2:10-CV-01349 FCD-DAD
STEVE POSTON, REAL PARTY IN       )  (PS)
INTEREST: DOB 07-29-1952,         )
                                  )
                 Relator,         )
                                  )
     v.                           )
                                  )
NEVADA COUNTY; DISTRICT ATTORNEY  )
CLIFFORD NEWELL, et al.,          )
                                  )
                 Respondents.     )
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:10-CV-01248-FCD-KJM (PS) and 2:10-CV-1349 FCD-DAD (PS) be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:10-CV-01248-JAM-EFB (PS) and 2:10-CV-01349 JAM-EFB (PS).

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4   IT IS SO ORDERED.
5 Dated:  July 27, 2010.          /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
6                                 United States District Judge

3

PDF created with pdfFactory trial version www.pdffactory.com